UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CARLTON L. CLARKE,

    Plaintiff,

vs.                                       Case No. 3:25-cv-899-MMH-LLL

AMAZON.COM SERVICES LLC,

    Defendant.
_____/

**O R D E R**

    **THIS CAUSE** is before the Court sua sponte. On August 8, 2025, Defendant filed a Notice of Removal (Doc. 1; Notice) removing this case from state court to this Court. See Notice at 1. On September 5, 2025, the Court entered an Order (Doc. 13) striking Plaintiff's Amended Complaint (Doc. 3) as an impermissible shotgun pleading. See Order at 1–4. The Court explained at length the relevant legal authority concerning shotgun pleadings and specifically identified how the Amended Complaint violated that authority. Id. The Court directed Plaintiff to file a corrected complaint "consistent with the directives of this Order." Id. at 4. And the Court cautioned Plaintiff that "[f]ailure to do so may result in a dismissal of this action." Id.

On September 17, 2025, Plaintiff filed his corrected pleading. See Amended Complaint (Doc. 15; Corrected Complaint). Upon review, the Court finds that the Corrected Complaint remains an impermissible shotgun pleading. See Corrected Complaint ¶¶ 21–25, 26. Indeed, Plaintiff has made no attempt to correct the shotgun pleading issues identified in the prior Order. As such, it appears Plaintiff's counsel did not read, much less adhere to, the directives in the Court's September 5, 2025 Order. Because the Corrected Complaint remains an impermissible shotgun pleading, the Court finds that this case is due to be dismissed. See Vibe Micro, Inc. v. Shabanets, 878 F.3d 1291, 1296 (11th Cir. 2018) (finding that the district court did not abuse its discretion in dismissing case when counsel failed to remedy his shotgun pleading issues after the court explained the problems with the complaint and provided an opportunity to replead). Plaintiff, who is represented by counsel, "is not entitled to another chance to replead." See id. Accordingly, it is

**ORDERED:**

1. To the extent Plaintiff asserts claims under federal law, such claims are **DISMISSED with prejudice**.

2. Plaintiff's state law claims are **DISMISSED without prejudice** to refiling in the appropriate state court.

3. The Clerk of Court is directed to terminate all pending motions and deadlines as moot and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 19th day of September, 2025.

MARCIA MORALES HOWARD
United States District Judge

Lc35

Copies to:

Counsel of Record